UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| ANCELMO ILDEFONSO-LOPEZ,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLINS, et al.,<br><br>Respondents. | Case No. 5:26-cv-06046-JGB-JDE<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the records on file, including the Petition for Writ of Habeas Corpus (Dkt. 1, "Petition"); the Answer to the Petition (Dkt. 7); the Reply (Dkt. 9); the Report and Recommendation of the magistrate judge (Dkt. 10, "Report"); and Petitioner's Objection to the Report (Dkt. 11). The Court has engaged in a de novo review of those portions of the Report to which objections have been made. The Court accepts the findings and recommendation of the magistrate judge.

IT IS THEREFORE ORDERED THAT Judgment shall be entered:

1. Granting the Petition, in part, with Respondents ORDERED to:

a. hold an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner Ancelmo Ildefonso-**

**<u>Lopez (A# 248 002 751)</u>** within seven (7) days of the Judgment herein, <u>with instructions that the immigration judge must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision</u>; or

b. release Petitioner from custody if Petitioner is not timely provided with the aforementioned bond, subject only to narrowly tailored conditions of release, if any, no more restrictive that necessary to reasonably assure his appearance as required and to protect the community; and

2. Denying other relief sought by the Petition with prejudice.

IT IS SO ORDERED.

Dated: November 13, 2026

JESUS G. BERNAL
United States District Judge