JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

ANCELMO ILDEFONSO-LOPEZ,

Petitioner,

v.

MARKWAYNE MULLINS, et al.,

Respondents.

Case No. 5:26-cv-06046-JGB-JDE

JUDGMENT

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ORDERED, ADJUDGED, AND DECREED that the Petition is:

1. Granted, in part, with Respondents ORDERED to:

a. hold an individualized bond hearing before an immigration judge under 8 U.S.C. § 1226(a) for **Petitioner Ancelmo Ildefonso-Lopez (A# 248 002 751)** within seven (7) days of the Judgment herein, with instructions that the immigration judge must provide a written, reasoned decision if bond is denied, including all factual findings in support of such decision; or

b. release Petitioner from custody if Petitioner is not timely provided with the aforementioned bond hearing, subject only to

narrowly tailored conditions of release, if any, no more restrictive that necessary to reasonably assure his appearance as required and to protect the community; and

2. Denied as to all other relief sought by the Petition with prejudice.

Dated: November 13, 2026

JESUS G. BERNAL
United States District Judge